**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DONALD SULLIVAN; DEANNA EVICH;
RICHARD BURKOW,
                    *Plaintiffs-Appellants,*

            v.

ORACLE CORPORATION, a Delaware
corporation; ORACLE UNIVERSITY,
form unknown,
                    *Defendants-Appellees.*

No. 06-56649

D.C. No.
CV-05-00392-AHS
Central District of
California,
Santa Ana

ORDER
WITHDRAWING
OPINION

Filed February 17, 2009

Before: William A. Fletcher and Ronald M. Gould,
Circuit Judges, and Louis H. Pollak,*
Senior District Judge.

## ORDER

We have today issued an order requesting the California
Supreme Court to answer three certified questions of Califor-
nia law presented in this case. We hereby withdraw our pub-
lished opinion in this case, *Sullivan v. Oracle Corp.*, 547 F.3d
1177 (9th Cir. 2008), pending a decision by the California
Supreme Court on those questions. Appellants' Petition for
Rehearing and Appellees' Petition for Rehearing En Banc are
dismissed as moot.

*The Honorable Louis H. Pollak, Senior United States District Judge
for the Eastern District of Pennsylvania, sitting by designation.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2009 Thomson Reuters/West.